# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DUSTIN RODRIGUEZ,

      Plaintiff,

vs.                              CASE NO. 6:06-CV-729-ORL-19DAB

CASTLE GROUP, LLC,

      Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 29, filed January 24, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 29) is **ADOPTED and AFFIRMED.** The Joint Motion to Approve Settlement Agreement as Stipulated Final Judgment (Doc. No. 26, filed January 15, 2007) is **GRANTED.** Settlement in the amount of $1,000. to Plaintiff for unpaid wages and liquidated damages, and $2,250. for attorney's fees is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___26th___ day of February, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record